1036

THE STATE OF WASHINGTON, *Respondent*, v.
DERRICK CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-1-01481-2, Steven J. Mura, J.,
entered January 30, 2003. *Affirmed* by unpublished per
curiam opinion.

[No. 51329-0-I.   Division One.   December 1, 2003.]

3601 GROUP, INC., *Appellant*, v. ALFALFA'S NORTHWEST, INC.,
ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 00-2-27456-4, Gregory P. Canova, J., entered
September 10 and October 9, 2002. *Reversed* by unpub-
lished opinion per Ellington, J., concurred in by Cox, A.C.J.,
and Schindler, J.

[No. 28030-2-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY J.
KNUTZEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 01-1-00318-4, M. Karlynn Haberly, J., entered
November 9, 2001. *Reversed* by unpublished opinion per
Armstrong, J., concurred in by Seinfeld, J.; Quinn-
Brintnall, A.C.J., dissenting.

[No. 28212-7-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN
DAVID DYE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-1-00478-8, Kathryn J. Nelson, J., entered
December 17, 2001. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Hunt, C.J., con-
curred in by Seinfeld and Houghton, JJ.